UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. ZIAVRAS,<br>   Plaintiff<br><br>v.<br><br>STANDARD LIFE INSURANCE<br>COMPANY,<br>   Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-11542 GAO |

### NOTICE OF FILING STATE
### COURT RECORD

Defendant Standard Insurance Company, pursuant to local Rule 81.1(a), files herewith certified copies of all records and proceedings in the state court and a certified copy of all docket entries in the state court.

                   _____
                   Brooks R. Magratten, Esq.
                   BBO# 650393
                   VETTER & WHITE
                   Attorneys for Defendant
                   Standard Life Insurance Company
                   20 Washington Place
                   Providence, RI 02903
                   (401) 421-3060
                   (401) 272-6803 [FAX]

Dated: July 16, 2004

## CERTIFICATE OF SERVICE

TO:

Robert I. Kalis, Esq.
Kalis & Lucas
133 Washington Street
Salem, MA 01970

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Notice of Filing State Court Record by mailing first class mail, postage prepaid, on the 16th day of July, 2004.

_____