UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. ZIAVRAS,<br>    Plaintiff<br><br>v.<br><br>STANDARD INSURANCE<br>COMPANY,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 04-11542 GAO

STIPULATION

Plaintiff and defendant stipulate and agree that defendant Standard Insurance Company may have up to and including August 13, 2004 to answer or otherwise respond to the complaint.

_____
Robert I. Kalis, Esq.
BBO #256940
KALIS & LUCAS
Attorneys for Plaintiff
133 Washington Street
Salem, MA 01970
(978) 741-0862
(978) 741-5644 [FAX]

_____
Louis J. Muggeo, Esq.
BBO #359220
Louis J. Muggeo & Associates
Attorney for Plaintiff
133 Washington Street
Salem, MA 01970
(978) 741-1177

_____
Brooks R. Magratten, Esq.
BBO #650393
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: July 30, 2004