UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER A. ZIAVRAS,<br>    Plaintiff<br><br>v.<br><br>STANDARD LIFE INSURANCE<br>COMPANY,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 04-11542 GAO |

### DEFENDANT STANDARD LIFE INSURANCE COMPANY'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendant Standard Life Insurance Company ("Standard") moves *ex parte* pursuant to F.R.C.P 65(b) for an order temporarily restraining plaintiff Peter A. Ziavras from transferring, spending or otherwise disposing of social security disability income benefits in the amount of $22,089.00 that are held by him in escrow. Upon expiration of the temporary restraining order, Standard requests that the Court preliminarily enjoin Mr. Ziavras from transferring, spending or otherwise disposing of the same funds.

Standard files herewith: the Affidavit of Patricia Roberts; a supporting memorandum of law; and a proposed restraining order.

Brooks R. Magratten, Esq.
BBO# 650393
VETTER & WHITE
Attorneys for Defendant
Standard Life Insurance Company
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: August 20, 2004