UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETER A. ZIAVRAS,<br>　　　　Plaintiff | )<br>)<br>) | C.A. No. 04-11542 GAO |
| v. | )<br>) | |
| STANDARD LIFE INSURANCE<br>COMPANY,<br>　　　　Defendant | )<br>)<br>)<br>) | |

## TEMPORARY RESTRAINING ORDER

Defendant Standard Life Insurance Company's Motion for a Temporary Restraining Order is hereby granted, and it is further ORDERED that:

1) Plaintiff Peter A. Ziavras is temporarily restrained from alienating, transferring, spending, pledging or otherwise disposing of social security disability income benefits in the amount of $22,089.00 held by him in escrow, as alleged in paragraph seven of his complaint, until further order of the Court;

2) a hearing on defendant's motion for preliminary injunction will be held on September 10, 2004; at 11:00 am in Courtroom 9;

3) defendant is ordered to immediately serve plaintiff with copies of all papers filed in connection with its motion for temporary restraining order and preliminary injunction; and

4) this order shall expire in ten days unless extended by stipulation or further court order.

SO ORDERED:

_Paul S Lyman_
Clerk

Enter:

_____, J.

Dated: August 30, 2004

Submitted by: Brooks R. Magratten, Esq., VETTER & WHITE, 20 Washington Place, Providence, RI 02903, Tel. (401) 421-3060.