UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11542-GAO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PETER A. ZIAVRAS,
   PLAINTIFF

vs.

STANDARD LIFE INSURANCE COMPANY,
   DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF, PETER ZIAVRAS' ANSWER TO COUNTERCLAIM

### COUNT I.

26. Admitted.

27. Neither admitted nor denied but the Defendant is called upon to prove same if material.

28. Neither admitted nor denied but the Defendant is called upon to prove same if material.

29. Neither admitted nor denied but the Defendant is called upon to prove same if materia.

30. Neither admitted nor denied but the Defendant is called upon to prove same if materia.

31. Admitted.

32. Admitted.

33. Neither admitted nor denied, since the Plaintiff has no record of a repayment agreement; they called upon the Defendant to prove same if material.

34. Admitted.

35. Neither admitted nor denied but the Defendant is called upon to prove same if material.

36. Admitted in that Standard has demanded a refund of the LTD Benefits alleged overpayment. Plaintiff has never refused to tender same; but has brought same to the attention of the Court

1

seeking Court's instructions.

37. Admitted.

38. Admitted to the extent that the interest will follow the distribution of said account as ordered by the Court.

39. Neither admitted nor denied but calls upon the Defendant to prove same if material.

## COUNT II.

40. No answer required.

41. Denied.

42. Denied.

43. Denied.

WHEREFORE, the Plaintiff, Defendant in Counterclaim calls upon the Court to instruct the Plaintiff, Defendant in Counterclaim, as to the disposition of said funds.

Respectfully submitted,
Peter A. Ziavras, Plaintiff,
Defendant in Counterclaim,
By His Attorney

Date: August 31, 2004

Robert I. Kalis
Kalis & Lucas
133 Washington Street
Salem, MA 01970
(978) 741-0862
BBO# 256940

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/in hand.

Date: 08/30/04

2