UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER A. ZIAVRAS,           )
      Plaintiff         )   C.A. No. 04-11542 GAO
                        )
v.                          )
                        )
STANDARD INSURANCE          )   STIPULATION
COMPANY,                    )
      Defendant         )

      Plaintiff and defendant stipulate and agree that the preliminary injunction appended hereto may enter.

_____
Robert I. Kalis, Esq.
BBO #256940
KALIS & LUCAS
Attorneys for Plaintiff
133 Washington Street
Salem, MA 01970
(978) 741-0862
(978) 741-5644 [FAX]

_____
Louis J. Muggeo, Esq.
BBO #359220
Louis J. Muggeo & Associates
Attorney for Plaintiff
133 Washington Street
Salem, MA 01970
(978) 741-1177

_____
Brooks R. Magratten, Esq.
BBO #650393
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: September      , 2004