UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER A. ZIAVRAS,       )
      Plaintiff       )   C.A. No. 04-11542 GAO
                      )
v.                      )
                      )
STANDARD LIFE INSURANCE )
COMPANY,                )   ORDER
      Defendant       )

By agreement of plaintiff and defendant, it is hereby ORDERED:

1. Plaintiff Peter A. Ziavras is enjoined and restrained from alienating, transferring, spending, pledging or otherwise disposing of social security disability income benefits in the amount of $22,089.00 plus accrued interest, held by him in escrow as alleged in paragraph seven of his complaint, until further order of this Court.

2. The temporary restraining order entered by this Court on August 30, 2004 is dissolved.

SO ORDERED:

_____
U.S.D.C.

ENTER:

_____
J.

Date: September 14, 2004

SUBMITTED BY: Brooks R. Magratten, Esq., BBO# 650393, VETTER & WHITE, 20 Washington Place, Providence, Rhode Island 02903, (401) 421-3060.

## CERTIFICATE OF SERVICE

TO:

Robert I. Kalis, Esq.  
Kalis & Lucas  
133 Washington Street  
Salem, MA 01970

Louis J. Muggeo, Esq.  
Louis J. Muggeo & Associates  
133 Washington Street  
Salem, MA 01970

    I hereby certify I caused to be served on the above-named counsel of record a copy of the within Order by mailing first class mail, postage prepaid, on the _____ day of September, 2004.

_____