UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

C.A. No. 04-11542 GAO

2004 JUL 23  P 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

******************************
*
PETER A. ZIAVRAS,          *
   PLAINTIFF               *
*
v.                         *
*
STANDARD LIFE INSURANCE,   *
   DEFENDANT               *
*
******************************

### APPEARANCE OF CO-COUNSEL

    Now comes Louis J. Muggeo, Attorney-at-Law, with offices at Louis J. Muggeo & Associates, 133 Washington Street, Salem, MA 01970 and enters his appearance as Co-Counsel on behalf of Plaintiff, Peter A. Ziavras,

Respectfully submitted,

Date: July 20, 2004

Louis J. Muggeo
Louis J. Muggeo & Associates
133 Washington Street
Salem, MA 01970
(978) 741-1177
BBO# 359220

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/in hand.

Date: 07 / 20 / 04