**VETTER & WHITE**
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: vetlit@aol.com

February 21, 2005

Honorable George A. O'Toole
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: Peter A. Ziavras
vs. Standard Life Insurance Company
C.A. No. 04-11542 GAO

Dear Judge O'Toole:

    I am writing to follow up on my January 31st request (copy enclosed) that this matter be assigned to the alternative dispute resolution program.

    Thank you for your attention to this matter.

Very Truly Yours,

Brooks R. Magratten

BRM/nkh
enclosure

cc: Robert I. Kalis, Esq.
    Louis J. Muggeo, Esq.