```
                                                    FILED
                                              IN CLERKS OFFICE

                                              2005 FEB 23  P 12: 51

                                              U.S. DISTRICT COURT
                                              DISTRICT OF MASS
```

January 31, 2005

Honorable George A. O'Toole
United States District Court
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   Peter A. Ziavras
      v. Standard Life Insurance Co.
      C.A. No. 04-11542 6AO

Dear Judge O'Toole:

The parties have discussed submitting this matter to the Court's alternative dispute resolution program and agree that it may help resolve this matter.

May we please have the matter assigned to a judicial officer for a settlement conference? Thank you for your attention to this request.

Very truly yours,

Brooks R. Magratten

BRM/nkh

cc:   Robert I. Kalis, Esq.
      Louis J. Muggeo, Esq.