UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER A. ZIAVRAS,           )
       Plaintiff           )      C.A. No. 04-11542 GAO
                           )
v.                          )
                           )      DISMISSAL
STANDARD INSURANCE          )      STIPULATION
COMPANY,                    )
       Defendant           )

Plaintiff and defendant agree that the complaint and counterclaims may be dismissed with prejudice. No costs or fees awarded.

The parties also agree that the Court's injunction entered on September 14, 2004 may be dissolved.

_____
Louis J. Muggeo, Esq.
BBO #359220
Louis J. Muggeo & Associates
Attorney for Plaintiff
133 Washington Street
Salem, MA 01970
(978) 741-1177

_____
Brooks R. Magratten, Esq.
BBO #650393
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: ~~June~~  July 18 , 2005